# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

MICHAEL S. SMITH

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation of Supervised Release**)

Case Number:  14-cr-00035-PAB-01

USM Number:  40519-086

Matthew Kyle Belcher, AFPD
(Defendant's Attorney)

**THE DEFENDANT:**  Admitted guilt to violations 1 through 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to the Probation Officer as Directed | 08/20/14 |
| 2 | Possession and Use of a Controlled Substance | 09/10/14 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The government dismissed Violation 5.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 15, 2015
_____
Date of Imposition of Judgment


s/Philip A. Brimmer
_____
Signature of Judge


Philip A. Brimmer, U.S. District Judge
_____
Name & Title of Judge


January 20, 2015
_____
Date

DEFENDANT:  MICHAEL S. SMITH
CASE NUMBER:   14-cr-00035-PAB-01                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Reside In/Comply With Rules of Residential Reentry Center (RRC) | 09/11/14 |
| 4 | Violation of the Law - Obstructing a Peace Officer | 01/23/14 |

DEFENDANT:  MICHAEL S. SMITH
CASE NUMBER:  14-cr-00035-PAB-01                    Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eleven (11) months, to be served consecutively to any sentence imposed in Larimer County District Court, Docket Number 2014CR1325.

The court recommends that the Bureau of Prisons credit defendant for 83 days spent in presentence confinement.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal